IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


JAMES L. FRAZIER                                                                           PLAINTIFF

vs.                               Civil No. 2:15-cv-02247

CAROLYN COLVIN                                                                        DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the **20th day of January, 2016**, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint be **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE